IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 24 MJ-356 |
| | ) | |
| | ) | |
| LEANDER WILLIAMS | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Kira Anne West and enters her appearance as CJA counsel for defendant Leander Williams in the above captioned case.

          Respectfully submitted,

          KIRA ANNE WEST

By:       /s/ Kira Anne West
          Kira Anne West
          DC Bar No. 993523
          712 H Street N.E., Unit 509
          Washington, D.C. 20002
          Phone: 202-236-2042
          kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 21st day of November, 2024 a copy of same was delivered to the parties of record, by email pursuant to the rules of the Clerk of Court.

          /S/ Kira A. West
          Kira Anne West